## ANDERSON *v.* ALABAMA.

No. 326. Argued April 25–26, 1961.—Decided May 1, 1961.

*Jack Greenberg* argued the cause for petitioner. With him on the briefs were *Peter A. Hall, Fred D. Gray, Orzell Billingsley* and *Thurgood Marshall.*

*David W. Clark,* Assistant Attorney General of Alabama, argued the cause for respondent. With him on the briefs was *MacDonald Gallion,* Attorney General.

PER CURIAM.

The judgment is reversed. *Pierre* v. *Louisiana,* 306 U. S. 354; *Cassell* v. *Texas,* 339 U. S. 282; *Hernandez* v. *Texas,* 347 U. S. 475.